**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: JOHNATHAN BATTISTE  CASE NO. 17-11121
  CHAPTER 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW INTO COURT, through undersigned counsel, comes SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA ("Creditor"), a secured creditor in the above entitled and numbered case, who respectfully represents as follows:

1.

Creditor is a secured creditor in the above entitled case by virtue of its holding a note secured by a mortgage affecting certain property located in Plaquemine, Louisiana. The note and mortgage is payable in monthly installments, and the property affected by the mortgage is the home of Debtor.

2.

At the time of filing this case on November 20, 2017, Debtor owed Creditor an estimated $23,369.81 in pre-petition arrearages. The Creditor is in the process of filing a Proof of Claim.

3.

The plan of the Debtor proposes to pay SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, only $4,311.00 of arrearages owed to Creditor. The plan

should provide for payment of all arrearages owed to Creditor at the time the order for relief was entered.

4.

The plan of the Debtor also proposes to pay the monthly mortgage payments directly to SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, in the amount of $1,437.00.  The Debtor's current monthly mortgage payment is $1,185.86.

5.

For the foregoing reason, Creditor objects to the confirmation of the plan proposed by the Debtor.

WHEREFORE, CREDITOR PRAYS that confirmation of the Chapter 13 plan proposed by the Debtor herein be denied by the Court.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR